IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 67 MR WCM

| | |
|---|---|
| DAVID S. LENNON, M.D., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MASSACHUSETTS MUTUAL )<br>LIFE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 10) filed by John M. Sperati. The Motion indicates that Mr. Sperati, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Katherine L. Villanueva, who the Motion represents as being a member in good standing of the Bar of the State of Pennsylvania. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 10) and **ADMITS** Katherine L. Villanueva to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 1, 2020

W. Carleton Metcalf
United States Magistrate Judge